```
                                              RECEIVED
                                              AND FILED

                                              Oct  1  12 19 PM '10

                                              U.S. ...
                                              ...CLERK

              UNITED STATES BANKRUPTCY COURT

                    DISTRICT OF NEVADA
```

|  |  |
|---|---|
| In re | ) Case No. BK-S-97-27777 LBR |
| USTER, JAMES H | ) |
| Debtor(s) | ) IN PROCEEDINGS UNDER CHAPTER 7 |
|  | ) NOTICE OF UNCLAIMED FUNDS |

TO:      Clerk, United States Bankruptcy Court

FROM:    William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 141 | Sears Roebuck & CO Po Box 5000 Rancho, CA 91729 |  | $ 934.51 |
| 151 | Texaco Refining Company Po Box 6070 Inglewood CA 90312 |  | $ 607.70 |
| 161 | The Associates Po Box 15688 Wilmington, DE 19886 |  | $ 128.80 |
| | Sub-Totals | $ 0.00 | $ 1,671.01 |
| | Total check | | $ 1,671.01 |

Date:   September 24, 2010            /s/ William A Leonard, Jr
                                      Trustee William A. Leonard, Jr.

Rec # 197939                          $ 1671.01

RECEIVED AND FILED

OCT 1  12 19 PM '10

U.S. BANKRUPTCY COURT
CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re ) Case No. BK-S-97-27777 LBR
)
USTER, JAMES H ) IN PROCEEDINGS UNDER CHAPTER 7
         Debtor(s) )
) NOTICE OF UNCLAIMED FUNDS
)

TO:     Clerk, United States Bankruptcy Court

FROM:  William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 71 | Chase Manhatten Bank Po Box 15007 Wilmington, De 19850 | | $ 3,413.96 |
| 81 | CitiBank Po Box 13840 Albuqerque NM 87192 | | $ 3,116.62 |
| 121 | Marine Midland Bank Po Box 4215 Buffalo, NY 14240 | | $ 5,035.65 |
| | Sub-Totals | $ 0.00 | $ 11,566.23 |
| | Total check | | $ 11,566.23 |

Date:  September 24, 2010          /s/ William A Leonard, Jr
                                                   Trustee William A. Leonard, Jr.

Rec # 197939                      $ 11,566.23

RECEIVED
AND FILED

OCT 1  12 19 PM '10

U.S. BANKRUPTCY
COURT

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USTER, JAMES H<br>                     Debtor(s) | Case No. BK-S-97-27777 LBR<br><br>IN PROCEEDINGS UNDER CHAPTER 7<br><br>NOTICE OF UNCLAIMED FUNDS |

TO:      Clerk, United States Bankruptcy Court

FROM:  William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 21 | Abraham Kechkarian 4172 Boulder Hwy Las Vegas, Nv 89121 | | $ 959.17 |
| 31 | Amercian Express Po Box 630001 Dallas TX 75363 | | $ 3,665.40 |
| 41 | AT&T Po Box 78132 Phoenix, AZ 85062 | | $ 57.55 |
| 51 | AT&T Po Box 78132 Phonix, AZ 85062 | | $ 274.05 |
| 61 | Bank of New York Delaware PO Box 507 Newark, NJ 07101 | | $ 6,325.05 |
| | Sub-Totals | $ 0.00 | $ 11,281.22 |
| | Total check | | $ 11,281.22 |

Date: September 24, 2010

/s/ William A Leonard Jr.
Trustee William A. Leonard, Jr.

Kee. # 197939                                      $ 11,281.22

RECEIVED
AND FILED

Oct 1  12 19 PM '10

U.S. BA......  RT

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re ) Case No. BK-S-97-27777 LBR
)
USTER, JAMES H )  IN PROCEEDINGS UNDER CHAPTER 7
         Debtor(s) )
) NOTICE OF UNCLAIMED FUNDS
)

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 2 | Abraham Kechkarian<br>4172 Boulder Hwy Las Vegas Nv 89121 | | $ 1,400.00 |
| 3 | American Express Po Box 630001 Dallas TX 75363 | | $ 5,350.00 |
| 4 | AT&T Po Box 78132 Phoenix AZ 85062 | | $ 84.00 |
| 5 | AT&T Po Box 78132 Phoenix,AZ 85062 | | $ 400.00 |
| 6 | Bank of New York Delaware PoBox 507 Newark,NJ 07101 | | $ 9,232.00 |
| | Sub-Totals | $ 0.00 | $ 16,466.00 |
| | Total check | | $ 16,466.00 |

Date:  September 24, 2010            /s/ William A Leonard, Jr
                                     Trustee William A. Leonard, Jr.

Rec # 191939                                       $ 16,466.00

RECEIVED
AND FILED

Oct 1 12 19 PM '10

U.S. ...

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re ) Case No. BK-S-97-27777 LBR
)
USTER, JAMES H )  IN PROCEEDINGS UNDER CHAPTER 7
    Debtor(s) )
) NOTICE OF UNCLAIMED FUNDS
)

TO:      Clerk, United States Bankruptcy Court

FROM:    William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 7 | Chase Manhatten Bank Po Box 15007 Wilmington De 19850 | | $ 4,983.00 |
| 12 | Marine Midland Bank Po Box 4215 Buffalo NY 14240 | | $ 7,350.00 |
| 14 | Sears Roebuck & CO Po Box 5000 Rancho Cucamonga CA 91729 | | $ 1,364.00 |
| 15 | Texaco Refining Company Po Box 6070 Inglewood CA 90312 | | $ 887.00 |
| 16 | The Associates PoBox 15688 Wilmington, De 19886 | | $ 188.00 |
| | Sub-Totals | $ 0.00 | $ 14,772.00 |
| | Total check | | $ 14,772.00 |

Date:  September 24, 2010

/s/ William A Leonard, Jr
Trustee William A. Leonard, Jr.

Rec # 197939                                       $ 14,772.00